VINCENT E. PAOLICELLI v. JOSEPH R. WOJCIECHOWSKI.

June 4, 1975. Cross-petition for certification denied. (See 132 *N. J. Super.* 274)

STATE OF NEW JERSEY v. LOUIS ARNOLD.

June 4, 1975. Petition for certification denied.

HOWARD R. KELLEY v.
DEPARTMENT OF TRANSPORTATION.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR FUNICELLO.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN THOMAS.

June 4, 1975. Petition for certification denied.

PETER J. VAN NORDE v. CORNELIA R. VAN NORDE.

June 4, 1975. Petition for certification denied.